

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-15-00492-CR

George Jr. **MUNOZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5575
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

In light of Appellant's Unopposed Motion to Postpone Oral Argument, the Court withdraws its letter dated September 27, 2016 setting the cause for formal submission and oral argument before this Court on November 2, 2016, at 9:00 a.m. Appellant's Unopposed Motion to Postpone Oral Argument is GRANTED. The above cause is set for formal submission and oral argument before this Court on Wednesday, November 9, 2016, at 10:00 a.m., before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa. Argument is limited to twenty minutes to each side and ten minutes rebuttal for the appellant.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

It is so ORDERED on November 1, 2016

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court